## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SERGIO DONALDO MEJIA FLORES,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No. CIV-26-203-G |
| | ) |
| **DON JONES, Director** | ) |
| **of Kay County Detention Center,** | ) |
| **in his official capacity, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## **ORDER**

The record in this case reflects that counsel for Petitioner Sergio Donaldo Mejia Flores has not filed an entry of appearance as required by Local Civil Rule 83.4.

IT IS ORDERED that counsel for Petitioner shall enter an appearance within seven (7) days of the date of this Order.

IT IS SO ORDERED this 11th day of February, 2026.

_____
CHARLES B. GOODWIN
United States District Judge